AO 450 (Rev. 11/11)  Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| ABHAYA NAND DEVA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 3:25-cv-531 |
| INDIANA DEPARTMENT OF REVENUE; | ) |
| UNITED COLLECTIONS BUREAU, INC | ) |
| Defendants | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** other: <u>This case is DISMISSED</u>.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Cristal C. Brisco.

DATE:   11/13/2025

*Chanda J. Berta, Clerk of Court*

by   s/E. Yike
*Signature of Clerk or Deputy Clerk*